ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MAKUSHAMARI GOZO, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 308-112 |
| CORRECTIONS CORPORATION OF AMERICA and CORRECTIONS CORPORATION OF AMERICA'S SHAREHOLDERS, | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion to appoint counsel and request to proceed IFP are **DENIED** (doc. nos. 10-1, 10-2), and this action is **DISMISSED** without prejudice as a sanction for Plaintiff's abuse of the judicial process.

SO ORDERED this 15th day of June, 2009, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE